# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRANDYN GAYLER,

    Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

    Defendants.

2:17-cv-00431-JCM-VCF

**ORDER**

    Before the Court is the Stipulation to Extend Discovery (ECF No. 27). The stipulation is missing pages.

    Accordingly,

    IT IS HEREBY ORDERED that the Stipulation to Extend Discovery (ECF No. 27) is DENIED without prejudice.

    DATED this 9th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE