UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDYN GAYLER, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-00431-JCM-VCF <br><br> ORDER |

Presently before the court is plaintiff Brandyn Gayler's motion to extend deadline to file response. (ECF No. 35).

On January 19, 2020, defendants moved for summary judgment. (ECF No. 31). Plaintiff now moves for an extension of forty-five days to file his response. (ECF No. 35). He states that he requires additional time to review and organize "approximately eight years" of records and handwrite his response. (*Id.*).

This court finds that plaintiff's request is appropriate and made in good faith. There is no indication that this motion is made for dilatory reasons, and defendants will not be prejudiced by plaintiff's first request for extension.

. . .

. . .

. . .

. . .

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for

3  extension of time to file response (ECF No. 35) be, and the same hereby is, GRANTED.

4  DATED January 27, 2021.

5  _____
UNITED STATES DISTRICT JUDGE