UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDYN GAYLER,<br><br>                              Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                              Defendants. | Case No. 2:17-cv-00431-JCM-VCF<br><br>ORDER |

Presently before the court is defendants' motion to extend time to reply in support of their motion for summary judgment. (ECF No. 45).

Defendants request additional time because they cannot access plaintiff's sealed appendix at docket number 42. Thus, defendants request a deadline of three weeks after plaintiff provides the sealed appendix, (ECF No. 42), to defendants. (*Id.*). Indeed, they are prejudiced without access to these exhibits.

The instant motion is hereby granted. (ECF No. 45). Defendants shall file notice to this court when they receive access to plaintiff's full appendix. Thereafter, defendants shall have 21 days to file reply in support of their pending motion for summary judgment.

Accordingly,

IT IS SO ORDERED.

DATED April 23, 2021.

_____
UNITED STATES DISTRICT JUDGE